| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ELKHART SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF ELKHART | ) | CAUSE NO.: |

| | |
|---|---|
| HUGH WIRT, | ) |
| Plaintiff, | ) |
| v. | ) **JURY TRIAL REQUESTED** |
| MICHIANA PETS, INC., | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

Plaintiff, Hugh Wirt, by counsel, Nicholas A. Bourff, for his Complaint for Damages against the Defendant, Michiana Pets, Inc., respectfully shows the Court as follows:

### Facts Common to All Counts

1. At all times relevant hereto, Hugh Wirt was a resident of the City of Goshen, County of Elkhart, State of Indiana.

2. At all times relevant herein, Michiana Pets, Inc., was a Foreign Limited Liability Company registered in the State of Delaware.

3. At all times relevant herein, Defendant owned, maintained, and/or controlled a retail store under the name of Pet Supplies Plus, located at 4024 Elkhart Road in the City of Goshen, County of Elkhart, State of Indiana.

4. On or about March 24, 2020, Hugh Wirt was walking into the Pet Supplies Plus store owned by Defendant.

5. As Hugh Wirt was entering the store, he walked through an entrance with automatic sliding doors.

6. As Hugh Wirt walked through the automatic doors, they malfunctioned and abruptly closed on him.

7. No signs or other notices were prominently displayed to warn patrons about the malfunctioning automatic doors.

8. As a direct result of this incident, Hugh Wirt sustained significant injuries.

9. Michiana Pets, Inc. owed Hugh Wirt a duty to exercise reasonable care in maintaining its premises in a reasonably safe condition.

10. At said time and place, Michiana Pets, Inc. and its employees and/or agents knew, or by the exercise of reasonable care, should have known of the dangerous condition created by the malfunctioning automatic doors.

11. Michiana Pets, Inc. failed to exercise reasonable care by inadequately protecting Plaintiff against the danger created by its malfunctioning automatic doors.

12. Michiana Pets, Inc. committed one or more of the following acts and/or omissions of negligence:

   a) Michiana Pets, Inc. failed to warn Plaintiff of the potential danger posed by the malfunctioning automatic doors on its premises;

   b) Michiana Pets, Inc. failed to properly ensure the safety of its premises;

   c) Michiana Pets, Inc. failed to check and/or modify the dangerous condition on its premises prior to allowing persons to enter;

   d) Michiana Pets, Inc. failed to timely inspect, remediate, or repair the dangerous condition;

   e) Michiana Pets, Inc. failed to implement proper safety and/or maintenance procedures;

   f) Michiana Pets, Inc. violated applicable ordinances, codes, and state laws applicable to the use and maintenance of automatic doors; and

        g) Michiana Pets, Inc. failed to otherwise maintain its premises in a reasonably safe condition.

13. As a direct and proximate result of Michiana Pets, Inc.'s negligence and breach of duties, Hugh Wirt sustained severe and recurring injuries, which have caused him pain, suffering, and emotional distress.

14. As a direct and proximate result of Michiana Pets, Inc.'s negligence, Hugh Wirt was required to seek medical treatment from various health care providers, has incurred medical expenses as a result thereof, and may incur medical expenses in the future.

WHEREFORE, Plaintiff, Hugh Wirt, by counsel, Nicholas A. Bourff, prays for judgment against Defendant, Michiana Pets, Inc., in an amount commensurate with his injuries and damages, for any and all pre-judgment interest calculated daily according to Statute, for the cost of this action, for trial by jury, and for all other relief just and proper in the premises.

Respectfully submitted,

SCHILLER LAW OFFICES, LLC

*/s/ Nicholas A. Bourff*
Nicholas A. Bourff
Attorney No. 27036-89
**SCHILLER LAW OFFICES, LLC**
210 E. Main Street
Carmel, IN 46032
Telephone: (317) 578-2100
Facsimile: (317) 578-1146
E-Mail: Nick@schillerlawoffices.com
*Attorney for the Plaintiff*